**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01037-CMA-GJR

CHANDRA COOK,

    Plaintiff,

v.

ALPINE LUMBER COMPANY, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulation for Dismissal With Prejudice (Doc. # 32) signed by the attorneys for the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED:  March   01  , 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge